IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JEFFREY W. ZOPH, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 3:13-cv-30-GPM-DGW |
| ) | |
| JOHN DOES 1-10, JANE DOES 1-13, and ) | |
| MICHAEL P. ATCHISON, ) | |
| ) | |
| Defendants. ) | |

**ORDER**

**WILKERSON, Magistrate Judge:**

Now pending before the Court is the Motion for Summary Judgment on the issue of exhaustion filed by Defendant, Michael P. Atchison, on August 30, 2013 (Doc. 33). Plaintiff's response to the Motion is due on October 3, 2013. In light of the arguments made, this matter is set for a *Pavey v. Conley*, 663 F.3d 899 (7th Cir. 2011) hearing on **October 15, 2013 at 2:00 p.m.** Defendant shall appear in person (by counsel) and Plaintiff shall appear by video-conference. Plaintiff is **WARNED** that the failure to respond to the Motion my result in cancellation of the hearing and a Report and Recommendation that judgment be granted in favor of Defendant Atchison.

The Court also notes that there are a number of Defendants who have not been identified by Plaintiff. It is imperative that Plaintiff provide some identification of these Defendants in order for service of process to be effected. Plaintiff was advised by an Order dated February 7, 2013 (Doc. 12) that it was his duty to provide the name and service address of these Defendants. As of the date of this Order, there have been no filings with respect to these John and Jane Doe Defendants. Plaintiff is therefore **ORDERED** to either provide the name and service address of

these Defendants or provide the Court with enough identifying information so that service can be accomplished.  Plaintiff shall provide, as to EACH Doe Defendant, the dates/times/locations on which he interacted with them, their title (i.e. nurse, lieutenant, etc.), a physical description (height, weight, gender, skin color, etc.), and any other information that would aid in their identification, in writing, by **October 7, 2013.  Plaintiff is WARNED that the failure to provide such information shall result in a recommendation that these Defendants be dismissed for want of prosecution.**

**IT IS SO ORDERED.**

**DATED: September 16, 2013**

                                              **DONALD G. WILKERSON**
                                              **United States Magistrate Judge**