IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JEFFREY W. ZOPH, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 13-cv-0030-MJR-DGW |
| | ) |
| JOHN DOE, | ) |
| JANE DOE, | ) |
| MICHAEL P. ATCHISON, et al., | ) |
| | ) |
| Defendants. | ) |

MEMORANDUM AND ORDER

REAGAN, District Judge:

This civil rights action was commenced by Jeffrey Zoph (currently an inmate at Lawrence Correctional Center) against a number of John Doe and Jane Doe correctional officers who worked at Menard Correctional Center while Zoph was incarcerated there, at the times relevant to the allegations of his complaint. On threshold review in February 2013, District Judge G. Patrick Murphy found that Zoph's complaint articulated colorable claims under the Eighth and Fourteenth Amendment based on deprivations of food, mobility, and sanitation against the John Doe Defendants (Count 1), and a colorable claim for disability discrimination in violation of the Americans with Disabilities Act against several other John and Jane Doe Defendants (Count 2). The February 7, 2013 Order also referred the case to Magistrate Judge Donald G. Wilkerson for pretrial proceedings. Judge Murphy retired December 1, 2013, and the case randomly was reassigned to the undersigned District Judge.

On January 13, 2014, Judge Wilkerson submitted a Report and Recommendation (Report) recommending that the undersigned District Judge **deny** an exhaustion-based summary judgment motion filed August 30, 2013 by the only identified Defendant in the case – Michael P. Atchison.  The Report was sent to the parties with a notice clearly advising them that any objections must be filed within 14 days of service (i.e., by January 30, 2014).  The docket sheet clearly states the January 30, 2014 deadline as well.

That deadline elapsed last week.  No party filed any objections or requested an extension of the objection-filing deadline.  Accordingly, pursuant to U.S.C. 636(b), the undersigned Judge need not conduct *de novo* review of the Report and Recommendations. **28 U.S.C. 636(b)(1)(C) ("A judge of the court shall make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made.").** *See also Thomas v. Arn,* **474 U.S. 140 (1985);** *Johnson v. Zema Systems Corp.,* **170 F.3d 734, 741 (7th Cir. 1999);** *Video Views Inc., v. Studio 21, Ltd.,* **797 F.2d 538 (7th Cir. 1986).**

The Court hereby **ADOPTS** Judge Wilkerson's Report (Doc. 59) in its entirety, **DENIES** Defendant Atchison's motion for summary judgment (Doc. 33), and **FINDS** that Plaintiff exhausted his administrative remedies *as to* Defendant Atchison.

IT IS SO ORDERED.

DATED February 4, 2014.

                                               s/*Michael J. Reagan*
                                               Michael J. Reagan
                                               United States District Judge