IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| JEFFREY W. ZOPH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 3:13-cv-30-NJR-DGW |
| | ) | |
| WARDEN MICHAEL P. ATCHISON, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

**WILKERSON, Magistrate Judge:**

On May 23, 2016, a telephonic status conference was held in which the parties appeared by counsel. Plaintiff's counsel indicated that Plaintiff has not responded to letters nor has he contacted them regarding representation.

On November 17, 2015, Plaintiff informed the Court that his new address is 302A North Vicksburg Street, Marion, Illinois 62959 (Doc. 150). No additional notice of change of address has been submitted to the Court. Documents mailed to Plaintiff have not been returned undeliverable. However, it is noted that Plaintiff did not respond to a Motion for Summary Judgment filed by Defendant Childs (*See* Doc. 163). Plaintiff has filed no other documents in this case since the November notice of change of address.

Plaintiff is reminded that he is under a continuing obligation to inform the Court of a change in address and that he must meaningfully participate in this litigation. Plaintiff must contact his Court appointed attorneys in order for this litigation to move forward. Plaintiff is **WARNED** that the failure to contact his attorneys or otherwise participate in this litigation shall result in the withdrawal of his Court appointed attorneys and may result in dismissal of this action for want of prosecution. This matter is set for a telephonic conference on **June 14, 2016**. The

Court **ORDERS** Plaintiff to contact his attorneys prior to that date.   They can be reached at:

John C. Ryan
Kara L. Jones
2001 West Main Street
P.O. Box 1570
Carbondale, IL 62903
618-529-3000

The Clerk of Court shall mail a copy of this Order to Plaintiff, Jeffrey W. Zoph, return receipt requested, at the address he provided that is contained herein.

**IT IS SO ORDERED.**

**DATED: May 23, 2016**

            **DONALD G. WILKERSON**
            **United States Magistrate Judge**